UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEITH NASS,  )
      Petitioner,  )
        )
v.  )    Civ. Action No. 04-CV-40105
        )
DAVID L. WINN, Warden,  )
      Respondent.  )
        )

## DECLARATION OF STEPHANIE SCANNELL

I, Stephanie Scannell, hereby make the following declaration:

1. I am currently employed by the Federal Bureau of Prisons (BOP) of the United States Department of Justice as a Paralegal Trainee at the Consolidated Legal Center located at the Federal Medical Center (FMC) in Devens, Massachusetts. I have been employed at this position since approximately March 9, 2003, and have been with the BOP since October 6, 2002.

2. In order to perform my official duties as Paralegal Trainee, I have access to numerous records regarding prisoners maintained in the ordinary course of business at FMC Devens. This information includes, but is not limited to, documentary records, Judgment and Commitment files, and computerized records maintained on SENTRY, the Bureau of Prisons computerized data base.

3. I have access to the various databases and files concerning administrative remedy claims filed pursuant to the Administrative Remedy Program, which are maintained by the Bureau of Prisons in the ordinary course of business. In particular, I have access to SENTRY, which maintains a record of all of the administrative remedies filed by an inmate, the dates thereof, and the dispositions. These records reflect every administrative remedy claim filed by an inmate in the Bureau of Prisons, while housed in any federal institution of the Bureau of Prisons.

4.  On July 1, 2004, I ran a SENTRY search to determine if inmate Keith Nass, Reg. No. 10866-040, had filed any administrative remedy claims under the Administrative Remedy Program in regard to the allegations in his Petition. A review of his Administrative Remedy Record revealed that he has not utilized the Administrative Remedy Process to file a single administrative remedy submission on the issues presented in this Petition. A true and accurate copy of the Administrative Remedy Generalized Retrieval screen for inmate Keith Nass, Reg. No. 10866-040, is attached as **Document 1e**.

5.  Attached hereto, please find true and correct copies of the following documents:
    a.  Public Information Data for inmate Keith Nass, Register Number 10866-040, dated July 1, 2004;
    b.  Sentence Monitoring Computation Data for inmate Keith Nass, Reg. No. 10866-040, dated July 1, 2004;
    c.  Sentencing Monitoring Good Time Data for inmate Keith Nass, Reg. No. 10866-040, dated July 1, 2004;
    d.  Program Statement 5880.28, Sentence Computation Manual CCCA (attached in relevant part);
    e.  Administrative Remedy Generalized Retrieval for inmate Keith Nass, Reg. No. 10866-040, dated July 1, 2004;

I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this 6th day of July, 2004

_____
Stephanie J. Scannell
Paralegal Trainee
FMC Devens

**EXHIBIT A**

```
REGNO..: 10866-040  NAME: NASS, KEITH W
COMP NO: 010         ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: CDT / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 313-226-6186    FTS: N/A
                                              RACE/SEX...: WHITE / MALE
FBI NUMBER.: 261468S8                         DOB/AGE....: ██████████ / 61
PROJ REL MT: GOOD CONDUCT TIME RELEASE        PAR ELIG DT: N/A
PROJ REL DT: 09-01-2004                       PAR HEAR DT:
-------------------------------- ADMIT/RELEASE HISTORY ----------------------------
FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME  STOP  DATE/TIME
CDT    A-DES      DESIGNATED, AT ASSIGNED FACIL 06-24-2004 1545 CURRENT
7-F    RELEASE    RELEASED FROM IN-TRANSIT FACL 06-24-2004 1545 06-24-2004 1545
7-F    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-23-2004 1200 06-24-2004 1545
DEV    FURL TRANS FURL W/UNESCORTED TRF TO A CCC 06-23-2004 1200 06-23-2004 1200
DEV    A-DES      DESIGNATED, AT ASSIGNED FACIL 04-12-2004 1102 06-23-2004 1200
DEV    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 04-12-2004 0613 04-12-2004 1102
DEV    A-DES      DESIGNATED, AT ASSIGNED FACIL 08-03-2003 1546 04-12-2004 0613
DEV    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 07-31-2003 1352 08-03-2003 1546

G0002              MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 10866-040  NAME: NASS, KEITH W
COMP NO: 010         ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: CDT / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 313-226-6186    FTS: N/A
DEV    A-DES       DESIGNATED, AT ASSIGNED FACIL  06-19-2003 0857 07-31-2003 1352
DEV    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN  06-19-2003 0700 06-19-2003 0857
DEV    A-DES       DESIGNATED, AT ASSIGNED FACIL  04-02-2003 1534 06-19-2003 0700
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL  04-02-2003 1534 04-02-2003 1534
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 04-02-2003 0708 04-02-2003 1534
ATL    HLD REMOVE  HOLDOVER REMOVED               04-02-2003 0708 04-02-2003 0708
ATL    A-HLD       HOLDOVER, TEMPORARILY HOUSED   04-01-2003 1928 04-02-2003 0708
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL  04-01-2003 1928 04-01-2003 1928
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 04-01-2003 0930 04-01-2003 1928
OKL    HLD REMOVE  HOLDOVER REMOVED               04-01-2003 0830 04-01-2003 0830
OKL    A-HLD       HOLDOVER, TEMPORARILY HOUSED   03-19-2003 1700 04-01-2003 0830
3-Q    RELEASE     RELEASED FROM IN-TRANSIT FACL  03-19-2003 1800 03-19-2003 1800
3-Q    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 03-19-2003 1122 03-19-2003 1800


G0002         MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 10866-040 NAME: NASS, KEITH W
COMP NO: 010          ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: CDT / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 313-226-6186    FTS: N/A
PRE-RELEASE PREPARATION DATE: 06-23-2004

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  09-01-2004 VIA GCT REL

------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: MICHIGAN, WESTERN DISTRICT
DOCKET NUMBER....................: 1:02-CR-63-01
JUDGE............................: QUIST
DATE SENTENCED/PROBATION IMPOSED: 02-04-2003
DATE COMMITTED...................: 04-02-2003
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

G0002         MORE PAGES TO FOLLOW . . .
```