```
REGNO..: 10866-040  NAME: NASS, KEITH W
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: CDT / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 313-226-6186    FTS: N/A

                FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.: $200.00         $00.00           $6,000.00     $00.00

RESTITUTION...: PROPERTY: NO   SERVICES: NO      AMOUNT: $00.00

--------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 138
OFF/CHG: 26:5861(D) POSSESSION OF AN UNREGISTERED MACHINE GUN; 18:
         922(O) POSSESSION OF A MACHINE GUN

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    27 MONTHS


G0002         MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 10866-040 NAME: NASS, KEITH W
COMP NO: 010          ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: CDT / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 313-226-6186    FTS: N/A
 TERM OF SUPERVISION.............:      2 YEARS
 DATE OF OFFENSE.................: 03-17-2002

-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-08-2003 AT DEV AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 02-04-2003
TOTAL TERM IN EFFECT............:     27 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      2 YEARS      3 MONTHS
EARLIEST DATE OF OFFENSE........: 03-17-2002

G0002        MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 10866-040  NAME: NASS, KEITH W
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: CDT / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 313-226-6186    FTS: N/A

JAIL CREDIT.....................:  FROM DATE     THRU DATE
                                   04-02-2002    04-02-2002
                                   09-19-2002    02-03-2003

TOTAL PRIOR CREDIT TIME.........: 139
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 105
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 09-01-2004
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 12-15-2004


G0002         MORE PAGES TO FOLLOW . . .
```

Case 4:04-cv-40105-JLT    Document 5-3    Filed 08/20/2004    Page 4 of 6

```
REGNO..: 10866-040 NAME: NASS, KEITH W
COMP NO: 010          ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: CDT / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 313-226-6186    FTS: N/A
PROJECTED SATISFACTION DATE.....: 09-01-2004
PROJECTED SATISFACTION METHOD...: GCT REL




S0055          NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

**EXHIBIT B**

```
   DEVAA   540*23  *           SENTENCE MONITORING              *    07-01-2004
  PAGE 001          *            COMPUTATION DATA               *    14:20:08
                                 AS OF 07-01-2004

 REGNO..: 10866-040 NAME: NASS, KEITH W

 FBI NO...........: 261468S8              DATE OF BIRTH:
 ARS1.............: CDT/A-DES
 UNIT.............:                        QUARTERS.....:
 DETAINERS........: NO                     NOTIFICATIONS: NO

 PRE-RELEASE PREPARATION DATE: 06-23-2004

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
 THE INMATE IS PROJECTED FOR RELEASE:  09-01-2004 VIA GCT REL

 ----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

 COURT OF JURISDICTION...........: MICHIGAN, WESTERN DISTRICT
 DOCKET NUMBER...................: 1:02-CR-63-01
 JUDGE...........................: QUIST
 DATE SENTENCED/PROBATION IMPOSED: 02-04-2003
 DATE COMMITTED..................: 04-02-2003
 HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
 PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS   FINES            COSTS
 NON-COMMITTED.: $200.00        $00.00           $6,000.00        $00.00

 RESTITUTION...: PROPERTY: NO   SERVICES: NO        AMOUNT: $00.00

 --------------------------CURRENT OBLIGATION NO: 010 -------------------------
 OFFENSE CODE....:  138
 OFF/CHG: 26:5861(D) POSSESSION OF AN UNREGISTERED MACHINE GUN; 18:
         922(O) POSSESSION OF A MACHINE GUN

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    27 MONTHS
  TERM OF SUPERVISION............:     2 YEARS
  DATE OF OFFENSE................: 03-17-2002




 G0002          MORE PAGES TO FOLLOW . . .
```