**EXHIBIT C**

Case 4:04-cv-40105-JLT   Document 5-4   Filed 08/20/2004   Page 1 of 5

```
   DEVAA   542*22 *            SENTENCE MONITORING           *      07-01-2004
 PAGE 001 OF 001 *                GOOD TIME DATA             *      14:20:26
                               AS OF   07-01-2004

REGNO...: 10866-040    NAME: NASS, KEITH W
ARS 1...: CDT A-DES                                       PLRA
COMPUTATION NUMBER..: 010                  FUNC..: PRT    ACT DT:
LAST UPDATED:  DATE.: 04-08-2003           FACL..: DEV    CALC: AUTOMATIC
UNIT................:                      QUARTERS............:
DATE COMP BEGINS....: 02-04-2003           COMP STATUS.........: COMPLETE
TOTAL JAIL CREDIT...: 139                  TOTAL INOP TIME.....: 0
CURRENT REL DT......: 10-22-2004 FRI       EXPIRES FULL TERM DT: 12-15-2004
PROJ SATISFACT DT...: 09-01-2004 WED       PROJ SATISF METHOD..: GCT REL
ACTUAL SATISFACT DT.:                      ACTUAL SATISF METHOD:
DAYS REMAINING......:                      FINAL PUBLC LAW DAYS:

----------------------------GOOD CONDUCT TIME AMOUNTS----------------------------

   START        STOP      MAX POSSIBLE TO    ACTUAL TOTALS    VESTED     VESTED
   DATE         DATE       DIS      FFT      DIS     FFT      AMOUNT     DATE
 09-18-2002   09-17-2003    54       54
 09-18-2003   09-01-2004    51

       TOTAL EARNED AMOUNT..........................................:    54
       TOTAL EARNED AND PROJECTED AMOUNT............................:   105




G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

**EXHIBIT D**



U.S. Department of Justice
Federal Bureau of Prisons

# Program Statement

| | |
|---|---|
| **OPI:** | CPD |
| **NUMBER:** | 5880.28 |
| **DATE:** | CN-06, 7/19/99 |
| **SUBJECT:** | Sentence Computation Manual (CCA of 1984) |

1. **PURPOSE AND SCOPE.** This Program Statement transmits the "Sentence Computation Manual" which establishes the policies and procedures for the computation of sentences imposed for violations of the United States Code under the statutes of the Comprehensive Crime Control Act of 1984 (CCCA).

On October 12, 1984, President Reagan signed the Comprehensive Crime Control Act of 1984 (CCCA) into law. Two major components of this law, the Sentencing Reform Act of 1984 (SRA) and the Insanity Reform Act of 1984, completely restructured the sentencing guidelines and policies of the United States Courts.

After the effective date of the SRA on November 1, 1987, a number of United States Court decisions found all or parts of the SRA unconstitutional. As a result, the SRA was implemented nationally in various ways.

On January 18, 1989, in **Mistretta** v. **U.S.**, the Supreme Court considered the constitutionality of the sentencing guidelines and ruled that the guidelines were constitutional. This Manual provides instructions for computing sentences imposed under the CCCA both before and after the **Mistretta** decision.

2. **DIRECTIVES AFFECTED**

   a. **Directives Rescinded.** None.

   b. **Directives Referenced.** None.

   **g. Good Conduct Time.** Subsection 3624(b) states, "(b) Credit toward service of sentence for satisfactory behavior.-- A prisoner who is serving a term of imprisonment of more than one year, other than a term of imprisonment for the duration of his life, shall receive credit toward the service of his sentence, beyond the time served, of fifty-four days at the end of each year of his term of imprisonment, beginning at the end of the first year of the term, unless the Bureau of Prisons determines that, during that year, he has not satisfactorily complied with such institutional disciplinary regulations as have been approved by the Attorney General and issued to the prisoner. If the Bureau determines that during that year, the prisoner has not satisfactorily complied with such institutional regulations, he shall receive no such credit toward service of his sentence or shall receive such lesser credit as the Bureau determines to be appropriate. The Bureau's determination shall be made within fifteen days after the end of each year of the sentence. Such credit toward service of sentence vests at the time it is received. Credit that has been vested may not later be withdrawn, and credit that has not been earned may not later be granted. Credit for the last year or portion of a year of the term of imprisonment shall be prorated and credited within the last six weeks of the sentence."

   For computation purposes, it is necessary to remember the following about subsection 3624(b):

   (1) 54 days of GCT may be earned for each full year served on a sentence in excess of one year, with the GCT being