**EXHIBIT E**

```
DEVAA                 *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        07-01-2004
PAGE 001                                                                    14:21:11
         FUNCTION: LST SCOPE: REG    EQ 10866-040     OUTPUT FORMAT: SAN_____
       -------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____  DT STS: FROM _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ _____ _____ _____ _____ _____ _____ _____
EXTENDED: _  REMEDY LEVEL: _ _            RECEIPT: _ _ _  "OR" EXTENSION: _ _ _
RCV  OFC : EQ _____         _____                         _____         _____
TRACK: DEPT: _____      _____    _____        _____     _____
     PERSON: _____          _____        _____            _____         _____
       TYPE: _____          _____        _____            _____         _____
EVNT FACL: EQ _____         _____        _____            _____         _____
RCV FACL.: EQ _____         _____        _____            _____         _____
RCV UN/LC: EQ _____         _____        _____            _____         _____
RCV QTR..: EQ _____     _____    _____        _____     _____
ORIG FACL: EQ _____     _____    _____        _____     _____
ORG UN/LC: EQ _____     _____    _____        _____     _____
ORIG QTR.: EQ _____     _____    _____        _____     _____


G0002       MORE PAGES TO FOLLOW . . .
```

303422-F1      26AM/19ZM     ACCESS TO MEDICAL CARE/HOME CONFINEMENT
               DEV           DEV           06-26-2003      CLD         07-09-2003

303422-R1      26AM/19ZM     ACCESS TO MEDICAL CARE/HOME CONFINEMENT
               NER           DEV           07-18-2003      CLD         08-15-2003

303422-A1      26AM/19ZM     ACCESS TO MEDICAL CARE/HOME CONFINEMENT
               BOP           DEV           09-15-2003      REJ         09-15-2003

303422-A2      26AM/19ZM     ACCESS TO MEDICAL CARE/HOME CONFINEMENT
               BOP           DEV           10-16-2003      CLO         12-03-2003


           4 REMEDY SUBMISSION(S) SELECTED
G0000   TRANSACTION SUCCESSFULLY COMPLETED