UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEITH NASS,                        )
          Petitioner,              )
                                   ) C.A. No. 04-40105-JLT
     v.                            )
                                   )
DAVID L. WINN,                     )
          Respondent.              )

## ORDER OF DISMISSAL

TAURO, D.J.

In accordance with this Court's order dated January 25, 2005, it is ORDERED that the within action be and it is hereby dismissed.

By the Court,

Date: 1/26/05          By  s/ Barbara Morse
                           Deputy Clerk